ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT C..
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 2000
CLERK, U.S. DISTRICT COU..
By _____
Deputy

| | | |
|---|---|---|
| AMERICAN REALTY TRUST, INC. | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. _____ |
| | § | |
| vs. | § | **3-00CV1801-R** |
| | § | |
| MATISSE CAPITAL PARTNERS, LLC, | § | |
| PAUL BAGLEY and JACK TAKACS | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

Defendants Matisse Capital Partners, LLC, Paul Bagley and Jack Takacs, respectfully petition this Court for removal of the above-entitled action to the United States District Court for the Northern District of Texas, Dallas Division from the Dallas County 298th Judicial District Court, State of Texas, and for their Notice of Removal state:

1. On June 26, 2000, Plaintiff commenced the above-entitled action in the 298th District Court, in Dallas County, Texas, entitled *American Realty Trust, Inc. v. Matisse Partners, LLC, Paul Bagley and Jack Takacs*; Cause No. 00-04728. Defendants received notice of the lawsuit on July 17, 2000, the date they received copies of the Petition from the Texas Secretary of State. Defendants Matisse Capital Partners, LLC and Paul Bagley in this matter have filed a Special Appearance to Present Objection to Jurisdiction, and Original Answer Subject Thereto, and Defendant Jack Takacs has filed an Original Answer in the state court proceeding. No orders have been entered by the Court. Pursuant to 28 U.S.C. § 1446(a), a copy of Plaintiff's Original Petition filed and served on Defendants along with Defendant Jack Takacs' Original Answer and Defendants

**NOTICE OF REMOVAL - Page 1**

64816_1/99999.00001

Matisse Partners, LLC and Paul Bagley's Special Appearance to Present Objection to Jurisdiction, and Original Answer Subject Thereto are attached hereto as <u>Exhibit A</u>. No return of citation is on file in the office of the state court clerk. An index of matters being filed and a list of all counsel of record are attached hereto as <u>Exhibit B</u>. A certified copy of the docket sheet is being filed contemporaneously with this Notice of Removal.

2. The above-entitled action constitutes a claim by Plaintiff to recover under a contract between it and Defendant Matisse Capital Partners, LLC and for breaches of fiduciary duty allegedly committed by Defendants.

3. This Court has jurisdiction over the issues presented in Plaintiff's Original Petition pursuant to 28 U.S.C. § 1332(a) (diversity). As an action of a civil nature where the matter in controversy exceeds the sum or value of $75,000.00, and is between citizens of different states, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (b).

4. Thirty days have not elapsed since the receipt by Defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action is based. This Notice of Removal is, therefore, being filed within the time period required by law.

5. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

6. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the 298th Judicial Court of Dallas County, Texas, as provided by law.

WHEREFORE, Defendants respectfully pray that the above-entitled action now pending in the 298th District Court of Dallas County, Texas, be removed to this Court.

Respectfully submitted,

_____
Paul E. Ridley
State Bar No. 16901400
Michael D. Napoli
State Bar No. 14803400

WOLIN, RIDLEY & MILLER, LLP
3100 Bank One Center
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 939-4900
Telecopier: (214) 939-4949

ATTORNEYS FOR DEFENDANTS
MATISSE CAPITAL PARTNERS, LLC,
PAUL BAGLEY AND JACK TAKACS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Removal was forwarded by certified mail, return receipt requested, on this 16th day of August, 2000, to counsel of record as follows:

Lawrence J. Friedman
Friedman, Driegert & Hsueh, L.L.C.
8117 Preston Road, Suite 570
Dallas, Texas 75225

_____
Michael D. Napoli

**NOTICE OF REMOVAL - Page 3**

64816_1/99999 00001