G\bf

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERICAN REALTY TRUST, INC., and BASIC CAPITAL MANAGEMENT, INC., | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | |
| MATISSE CAPITAL PARTNERS, LLC, et al., | § § § | Civil Action No. 3:00-CV-1801-G |
| Defendants, | § § | |
| v. | § § | |
| GENE E. PHILLIPS and A. CAL ROSSI, | § § | |
| Counter-Defendants. | § | |

**U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JAN 1 3 2005 CLERK, U.S. DISTRICT COURT By _____ Deputy**

## JUDGMENT

The Court has entered its Order Adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED, and DECREED that the Motion of American Realty Trust, Inc., Basic Capital Management, Inc., Gene E. Phillips, and A. Cal Rossi for Award of Attorneys' Fees and Costs, filed February 12, 2004, is hereby **GRANTED in part, and DENIED in part**, and Amended Motion of American Realty Trust, Inc. for Award of Attorneys' Fees and Costs, filed September 24, 2004, is hereby **GRANTED in part and DENIED in part**.

SO ORDERED this 13 day of January, 2005.

_____
A. JOE FISH
UNITED STATES DISTRICT JUDGE